**7**

David P. Cusick, #160467, Trustee
Neil Enmark, #159185, attorney for Trustee
Kristen A. Koo, #230856, attorney for Trustee
P. O Box 1858
Sacramento, CA 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re:

Jason Diven

Debtor(s)

Case No: 20-24311-E-13C

NOTICE OF FILED CLAIMS

In accordance with Local Bankruptcy Rule 3007-1(d)(2), David P. Cusick, Chapter 13 Trustee, has compiled a list of filed claims in this case.

(1) Prior to the expiration of the deadline to object to proofs of claims applicable in chapter 13 cases, set in Subpart(d)(3) below, the Trustee shall pay a claim as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to such claim that is set for hearing within sixty (60) days of its service. Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the claim. If the objection is overruled, at the request of the claimant or the Trustee, the Court may make provision for payment of any dividends not paid while the objection was pending.

(2) The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 days after the order for relief or 180 days after plan confirmation.

(3) Objections to claims shall be filed and served no later than sixty (60) days after service of the Notice of Filed Claims. The debtor shall set a hearing on any objection pursuant to LBR 3007-1(b)(1) or (b)(2) on the earliest available court date.

(4) Nothing herein shall prevent the debtor, the Trustee, or any other party-in-interest from objecting to a proof of claim after the expiration of the dealine for objections specified in the subparagraph (d)(3) above. However, any objection filed after the expiration of that deadline shall not, if sustained, result in any order that the claimant refund amounts paid on account of its claim.

(5) If the Notice of Filed Claims includes allowed claims that are not provided for in the chapter 13 plan, or that will prevent the chapter 13 plan from being completed timely, the debtor shall file a motion to modify the chapter 13 plan, along with any valuation and lien avoidance motions not previously filed, in order to reconcile the chapter 13 plan and the filed claims with the requirements of the Bankruptcy Code. These motions shall be filed and served no later than ninety (90) days after service by the Trustee of the Notice of Filed Claims and set for hearing by the debtor on the earliest available Court date.

(6) Nothing herein shall prevent the debtor, the Trustee, or the holder of an allowed unsecured claim from requesting plan modifications at other times.

(7) If the Court enters an order valuing a creditor's collateral and the creditor has filed or later files a proof of a secured claim in an amount greater than the value established for the collateral, the allowed secured claim shall be the value of the collateral determined by the Court. It is unnecessary for the Trustee or the debtor to file a claim objection in addition to the motion valuing the collateral. If the creditor has filed or later files a proof of a secured claim in an amount less than the value established for the collateral, the allowed secured claim shall be the amount claimed by the creditor.

(8) If the Court enters an order avoiding the judicial lien or nonpossessory, nonpurchase money security interest of a creditor and the creditor has filed or later files proof of a secured claim that identifies as security only the avoided lien or security interest, the claim shall be allowed as a general unsecured claim. It is unneccessary for the Trustee or the debtor to file a claim objection in addition to the lien avoidance motion.

**REVIEW THE COURT RECORDS. The Chapter 13 Trustee makes no warranty as to information herein. The information may be incorrect or incomplete.**

This notice contains information regarding filed claims and their treatment through the plan. The debtor should note these dates:

| | |
|---|---|
| Chapter 13 Filed | Fri September 11, 2020 |
| First 341 Hearing | Thu October 22, 2020 |
| Confirmation Date | |
| Bar Date/Govt Bar | Fri November 20, 2020 / Wed March 10, 2021 |

| | |
|---|---|
| **"Scheduled"** | refers to the amount listed for the debt in the Schedule of Creditors filed at Court. |
| **"Filed"** | refers to the amount listed in the claim filed by or on behalf of the creditor. |
| **"Amt Per Plan"** | refers to the amount according to the plan. |
| **"Not Provided"** | refers to a claim amount not provided for by the Plan. |
| **"Special Notices"** | refers to parties who may be entitled to special notice. |

All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

Dated: April 07, 2021

DAVID P. CUSICK
CHAPTER 13 TRUSTEE

Claim No.:3----American Honda Finance Corporation----Class:Court Matrix
Address: P.O. Box 168088 Irving, TX 75016-8088
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 0.00
Note:

Claim No.:8----AMERICAN HONDA FINANCE CORPORATION----Class:SECURED VEHICLE - NON-PMSI
Address: P O BOX 168088 IRVING, TX 75016-8088
Account No.:6500 Date Filed: Sep 16, 2020
Scheduled: $1,119.00 Monthly Pmt:$27.16 Int. Rate: 5.50
Filed: $1,118.51 Pay Percent: 100.00
Note: 2018 HONDA CRF 110F MOTORCYCI

Claim No.:20----Bonnie Baker----Class:Court Matrix
Address: 2400 Washington Avenue, Suite 210 P O Box 991471 Redding, CA 96001
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 0.00
Note:

Claim No.:5----Cedarville Rancheria----Class:Court Matrix
Address: 300 West 1st Street Alturas CA 96101 , 96101
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 0.00
Note:

Claim No.:15----CEDARVILLE RANDCHERIA----Class:UNSECURED
Address: 300 W 1ST STREET ALTURAS, CA 96101
Account No.: Date Filed: Nov 19, 2020
Scheduled: $3,262.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $3,262.00 Pay Percent: 21.00
Note:

Claim No.:22----CEDARVILLE RANDCHERIA----Class:UNSECURED
Address: 300 W 1ST STREET ALTURAS, CA 96101
Account No.: Date Filed: Nov 19, 2020
Scheduled: $33,195.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $200,000.00 Pay Percent: 21.00
Note: LAWSUIT

Claim No.:21----FRANK LYNN NARDELLA----Class:SECURED - TO BE PAID OUTSIDE PLAN
Address: 282 S LAKE ST LAKE CITY, CA 96115
Account No.: Date Filed:
Scheduled: DIRECT PAY Monthly Pmt:$1,400.00 Int. Rate: 0.00
Filed: Pay Percent: 0.00
Note: PROPERTY LEASE FOR GRAZING C

Claim No.:6----FREEDOMROAD FINANCIAL C/O WAYFINDER BK, LLC----Class:SECURED VEHICLE - NON-PM
Address: P O BOX 51571 BIN 51571 LOS ANGELES, CA 90051-5871
Account No.:3855 Date Filed: Sep 28, 2020
Scheduled: $3,563.00 Monthly Pmt:$86.66 Int. Rate: 5.59
Filed: $3,556.15 Pay Percent: 100.00
Note: 2016 KTM 1190 ADVENTURER

Claim No.:7----FreedomRoad Financial c/o Wayfinder BK, LLC----Class:Court Matrix
Address: PO Box 64090 Tucson, AZ 85728-4090
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 0.00
Note:

Claim No.:9----J W Kerns Inc----Class:UNSECURED
Address: 4360 Highway 39 Klamath Falls OR 97603 , 97603
Account No.: Date Filed:
Scheduled: $5,920.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 21.00
Note:

Claim No.:10----James L Sonne Construction Inc----Class:SECURED - TO BE PAID OUTSIDE PLAN
Address: 187 Via Magnolia Paso Robles CA 93446 , 93446
Account No.:XXXX Date Filed:
Scheduled: DIRECT PAY Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: Pay Percent: 0.00
Note: 940 MAIN ST CEDARVILLE CA

Claim No.:11----LIGHTSTREAM, A DIVISION OF TRUIST BANK----Class:SECURED VEHICLE - NON-PMSI
Address: P O BOX 117320 ATLANTA, GA 30368-7320
Account No.:7892 Date Filed: Oct 28, 2020
Scheduled: $11,148.00 Monthly Pmt:$270.56 Int. Rate: 5.50
Filed: $11,202.70 Pay Percent: 100.00
Note: 2014 VOLKSWAGON JETTA

Claim No.:12----Modoc County Behavioral Health----Class:UNSECURED
Address: 441 N Main Street Alturas CA 96101-3457 , 96101-3457
Account No.:8323 Date Filed:
Scheduled: $716.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 21.00
Note:

Claim No.:1----NUMA Corp.----Class:Court Matrix
Address: , 00000
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 0.00
Note:

Claim No.:13----Pelican Tractor Company----Class:UNSECURED
Address: P O Box 5077 Klamath Falls OR 97601 , 97601
Account No.: Date Filed:
Scheduled: $2,892.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 21.00
Note:

Claim No.:14----Pickering Law Corporation----Class:UNSECURED
Address: P O Box 992200 Redding CA 96099 , 96099
Account No.:1868 Date Filed:
Scheduled: $950.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 21.00
Note: LEGAL FEES

Claim No.:4----PORTFOLIO RECOVERY ASSOCIATES, LLC----Class:UNSECURED
Address: POB 12914 NORFOLK, VA 23541
Account No.:3678 Date Filed: Nov 09, 2020
Scheduled: $6,346.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $7,633.63 Pay Percent: 21.00
Note: BARCLAYS BANK

Claim No.:18----SISKIYOU COUNTY FARM SERVICE AGENCY----Class:SECURED - NON-PMSI
Address: 215 EXECUTIVE COURT, SUITE C YREKA, CA 96097-2693
Account No.:0920 Date Filed: Dec 03, 2020
Scheduled: $30,896.00 Monthly Pmt:$692.57 Int. Rate: 2.20
Filed: $23,014.58 Pay Percent: 100.00
Note: + LATE/FARM LIVESTOCK, MACHIN

Claim No.:16----Stephan Lewis Torre----Class:SECURED - TO BE PAID OUTSIDE PLAN
Address: Stephan L Torre Living Trust P O Box 463 Elkton OR 97436 , 97436
Account No.: Date Filed:
Scheduled: DIRECT PAY Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: Pay Percent: 0.00
Note: 940 MAIN ST CEDARVILLE CA

Claim No.:17----Swift Financial----Class:UNSECURED
Address: 3505 Silverside Road Suite 200 Wilmington DE 19810 , 19810
Account No.:8371 Date Filed:
Scheduled: $3,317.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 21.00
Note:

Claim No.:2----Synchrony Bank----Class:Court Matrix
Address: c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 0.00
Note:

Claim No.:23----TOM GIFFORD----Class:UNSECURED

Address: 113 W NORTH ST` ALTURAS, CA 96101

Account No.: | Date Filed:

Scheduled: $830.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00

Filed: NO CLAIM FILED | Pay Percent: 21.00

Note: LEGAL FEES

Claim No.:19----Walt Joyce Sphar----Class:UNSECURED

Address: 3112 Hwy 395 Likely CA 96116 , 96116

Account No.:XXXX | Date Filed:

Scheduled: $28,000.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00

Filed: NO CLAIM FILED | Pay Percent: 21.00

Note:

**TOTALS:** (not including interest, trustee fees, or debtor's attorney fees)

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Filed: | $ 38,891.94 | $ 0.00 | ########## |

DEBTOR'S ATTORNEY

BONNIE BAKER ESQ----Class:ATTORNEY FEE

Address: 2400 WASHINGTON AVE, SUITE 210 P O BOX 991471 REDDING, CA 96001

Amt per Plan: $0.00