Filed 05/13/21    Case 20-24311    Doc 103

LAW OFFICE OF BONNIE BAKER
BONNIE BAKER (SBN 70572)
Attorney At Law
2400 Washington Avenue, Suite 210
PO Box 991471
Redding CA 96099-1471
Telephone: (530) 241-5421
Fax: (530) 241-7138
bonniebakerlaw@gmail.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

JASON DIVEN,

          Debtor.

_____/

Case No. 20-24311

DCN-None

Date:  February 23. 2021
Time:  2:00 p.m.
Judge: Hon. Rondald H. Sargis
Crtrm: 33; 6th Floor

**ORDER CONFIRMING PLAN**

The Amended Chapter 13 Plan filed on December 16, 2020 of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

THEREFORE, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

    1.    The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

    2.    The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

    3.    The debtor shall appear in court whenever notified to do so by the court.

RECEIVED
May 07, 2021
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

"IT IS FURTHER ORDERED that"

The attorney's fees for the debtor's attorney in the full amount of $3,500.00 are approved, $1,525.00 of which was paid prior to the filing of the petition. The balance of $1,975.00 provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1 (c) shall be paid by the trustee from the plan payment at the rate specified in the confirmed plan.

"IT IS FURTHER ORDERED that"

Pursuant to 11 U.S.C. § 1323., the Plan is Confirmed and Amended to increase FSA's contracted interest rate to 2.625% per the Judge's order (DN79)

/s/ Kristen A. Koo
Approved by the Chapter 13 Trustee as to form.
Kristen A. Koo, Attorney for Trustee

Dated: May 13, 2021

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court