2

DAVID P. CUSICK, #160467 TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, Attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 20-24311-E-13C |
| | ) | DCN: DPC-3 |
| | ) | |
| JASON DIVEN | ) | TRUSTEE'S MOTION TO DISMISS |
| | ) | CASE |
| | ) | |
| | ) | DATE: 7/10/2024 |
| | ) | TIME: 9:00 A.M. |
| | ) | JUDGE: SARGIS |
| Debtor(s) | ) | COURTROOM: 33 |

DAVID P. CUSICK, STANDING CHAPTER 13 TRUSTEE, hereby moves the Court for an order dismissing this case pursuant to 11 U.S.C. §1307(c)(6) as:

1. **<u>DELINQUENCY.</u>** All sums required by the plan have not been paid, (11 U.S.C. §1325(a)(2)), and the Debtor may not be able or willing to make the plan payments based on their current delinquency under the pending plan, (11 U.S.C. §1325(a)(6).) The Debtor is $4,413.10 delinquent in plan payments to the Trustee to date. Two

1

additional plan payments in the amount of $1,773.30 each are due on 5/25/2024 and 6/25/2024, prior to this hearing. The case was filed on 9/11/2020. The Plan in §2.01 calls for payments to be received by the Trustee not later than the 25th day of each month beginning the month after the order for relief under Chapter 13. The Debtor has paid $47,684.38 into the Plan to date.

2. **PLAN IS OVEREXTENDED**: The Trustee currently calculates that the Plan will exceed the maximum length of 60 months pursuant to 11 U.S.C §1322 (d) and results in a commitment period that exceeds the permissible limit imposed by 11 U.S.C. Section 1325(b)(4). The Trustee calculates that the plan will take approximately 71 months to complete. The Debtor is currently in month 44 of a 60-month plan (May 2024). The reason for the overextension appears to be from the Class 7 unsecured creditors filing claims in an amount significantly higher than the Debtor estimated these claims in the plan. The plan also calls for 21% to be paid to the unsecured creditors.

3. **DISMISSAL RATHER THAN CONVERSION IS RECOMMENDED:** The Trustee's records show that this matter was not previously converted from another chapter. Non-exempt assets total $12,867.00 as of the date of filing from various assets. The Debtor is in month 44 of a 60-month plan. The Trustee believes that dismissal rather than conversion is in the best interest of creditors and the estate.

WHEREFORE, the Trustee asks that the Court grant an Order Dismissing this proceeding.

Dated: 5/10/2024                             /s/ Kristen A. Koo_____
                                             Kristen A. Koo, Attorney for Trustee