UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Jason Diven,<br>　　　　Debtor. | ) Case No. 20-24311 - E - 13<br>) Docket Control No. DPC-3<br>) Document No. 145<br>) Date: 08/14/2024<br>) Time: 9:00 AM<br>) Dept: E |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Dismiss the Chapter 13 case filed by The Chapter 13 Trustee, David Cusick ("Trustee"), having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Motion to Dismiss is denied without prejudice.

Dated: August 15, 2024

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court